AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Alexander Hamilton<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:22-mj-00253<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 11/14/2022<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2022__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 402 - | did willfully disobey a lawful order, rule, and command of a court of the District of Columbia, by doing an act or thing therein, or thereby forbidden |
| 22 D.C. Code 722(a)(6) - | did corruptly obstruct, impede, and endeavor to instruct and impede the due administration of justice in an official proceeding |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Tina Lukens, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: __11/14/2022__

*Judge's signature*

City and state: __Washington, DC__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*