Case: 1:22−mj−00253
Assigned To : Harvey, G. Michael
Assign. Date : 11/14/2022
Description: Complaint W/ Arrest Warrant

## Statement of Facts

1. On October 12, 2022, Officer Roberto Amengual with the Metropolitan Police Department's Third District Crime Suppression team viewed the public Instagram account "moefromthezzz." The "moefromthezzz" account has approximately 10,400 followers. Moreover, since the account is public, even users that do not follow the account can view the user's posts and Instagram Stories.

2. When Officer Amengual viewed the account, "moefromthezzz" had an active Instagram Story[1] that included multiple videos with sound. The videos showed a black male with a blue shirt and a black head covering sitting down, while an individual in the background responded to questions being asked by another individual. At various times, overlaying the videos were images of rats. An Instagram user can place images over videos on their stories. Moreover, the term "rat" is a derogatory term used to describe individuals that provide testimony in criminal cases.

3. A subsequent video—still recording audio in the background—was overlayed with writing that stated, "told that man bring it back again after he told everything."

4. Yet another subsequent video—still recording audio in the background—contained writing "be TELLIN. You [expletive] stop callin chattin on them jail phones goofies." That video, panned up to show a screen and eventually an individual in a suit, standing at a podium.

5. Finally, the Instagram story showed a white screen with writing, stating "Sometimes you have to give out false information…Just to see who talks too much."

---

[1] An Instagram Story is a feature that allows users to take photos and videos, which are placed in a slideshow that is accessible to either the user's followers or the public depending on his or her security settings. The photos and videos remain viewable for 24 hours before automatically being removed from the profile.

1

6. Officer Amengual recognized the room where the videos were filmed as a Superior Court of the District of Columbia Grand Jury room located in the United States Attorney's Office for the District of Columbia. Officer Amengual took a recording of the Instagram Story and alerted personnel at the United States Attorney's Office.

7. Personnel from the United States Attorney's office recognized the individual in the video as grand juror, Alexander Hamilton. On September 9, 2022, Hamilton was sworn in as a grand juror on a Superior Court of the District of Columbia Grand Jury. That grand jury, which was referred to as the "September 2" panel was scheduled to sit until October 14, 2022.

8. United States Attorney's Office Special Agent Geoff Guska received records from D.C. Superior Court from the swearing in and empaneling of the September 2 panel, which took place on September 9, 2022. Personnel from the D.C. Superior Court juror office confirmed that Hamilton was physically present that date. Hamilton was provided a brochure that stated,

> Grand jury proceedings are secret and must remain secret permanently unless and until the Court determines that the proceedings or a portion of them should be revealed in the interest of justice. Therefore, grand jurors must be careful to preserve the secrecy of the proceedings by abstaining from communicating with family, friends, representatives of the news media or any other person concerning that which transpires in the grand jury room.

9. Special Agent Guska obtained an audio recording of the grand jurors, including Hamilton, taking an oath to, among other things, keep secret the information learned during their grand jury service.

10. During grand jury orientation, grand jurors are instructed on the rules regarding grand jury secrecy. More specifically, D.C. Rule of Criminal Procedure 6 governs grand jury proceedings. This includes an obligation of secrecy pursuant to Rule 6(e). Moreover, grand jurors are required to place their phones and any other potential recording devices into lockers located in the lobby of the

United States Attorney's office prior to proceeding to the grand jury rooms.

11. On October 13, 2022, Special Agent Guska and United States Attorney's Office Special Agent Sean Ricardi met Hamilton upon his arrival for grand jury service. Special Agents Guska and Ricardi asked Hamilton if he would be willing to be interviewed, advising Hamilton that the interview was voluntary and that he could leave at any time. Hamilton consented to the interview.

12. During the interview, Hamilton admitted to recording grand jury proceedings and posting them to his Instagram Story. Hamilton indicated that he filmed the proceedings using one of two phones that he owns, but that he was not sure which one.

13. On October 14, 2022, a search warrant, warrant number 2022 CSWSLD 003718, was issued to review an iPhone 13 Pro Max with IMEI number 359811260932337 that had been obtained from Hamilton pursuant to a subpoena on October 13, 2022.

14. A preliminary forensic extraction report was completed by United States Attorney's Office Criminal Investigator Neil D'Cunha. The preliminary review of the forensic report identified videos of live grand jury testimony that appear to show creation dates on September 27, September 30, October 4, October 9, and October 11, 2022.

15. The report also shows dozens of messages sent via text message and Instagram sharing the videos or discussing Hamilton's grand jury service. Many of the messages reference "ratting" and "snitching" in relation to grand jury witnesses and testimony. Additionally, Hamilton demonstrates an awareness in numerous messages that he is not permitted to have his cellphone in the room during presentations before the grand jury. Some of the messages also convey videos, photographs, or information that would be protected, under Rule 6(e), by grand jury secrecy.

16. Special Agent Guska also obtained recorded audio of the charge read to the grand jurors, including Hamilton, by the Honorable Jennifer Di Toro, who was Acting Chief Judge at the time. The charge included, in relevant part, the following:

> Your proceedings are secret and must remain secret permanently unless and until the court determines that the proceedings should be revealed in the interests of justice. You must be careful to preserve the secrecy of your proceedings by abstaining from communicating with your family or friends or any other person concerning matters, which transpire in the Grand Jury room. You may discuss these matters only amongst yourselves.

17. A video taken on Hamilton's phone on September 9, 2022, depicts Hamilton recording himself (i.e., a selfie). Specifically, the video shows him standing with his right hand raised as the oath described in paragraph 9 is read to him aloud. Hamilton looks down at the phone and states, "I'm about to lie."

18. Your affiant understands that it is a violation of federal law for any person to willfully disobey any lawful writ, process, order, rule, decree, or command of any court of the District of Columbia. *See* 18 U.S.C. § 402. Your affiant also understands that it is a violation of D.C. law for any person to corruptly, or by threats of force, obstruct or impede or endeavor to obstruct or impede the due administration of justice in any official proceeding. *See* 22 D.C. Code § 722(a)(6).

_____
SPECIAL AGENT TINA LUKENS
USAO-DC – CRIMINAL INVESTIGATION UNIT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of November, 2022.*

_____
G. Michael Harvey
U.S. MAGISTRATE JUDGE

5