AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00253 |
| Alexander Hamilton | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 11/14/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Alexander Hamilton                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 402 - willfully disobeying any lawful writ, process, order, rule, decree, or command of a court of the District of Columbia

22 D.C. Code 722(a)(6) - to corruptly, or by threats of force, obstruct or impede or endeavor to obstruct or impede the due administration of justice in any official proceeding

Date:   11/14/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.14 15:55:14 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/2022, and the person was arrested on *(date)* 11/17/2022
at *(city and state)* Washington, DC.

Date: 11/17/2022

*Arresting officer's signature*

Durand Odom, Special Agent
*Printed name and title*