# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : No. 22-MJ-253 |
| | : |
| **ALEXANDER HAMILTON,** | : |
| | : |
| **Defendant.** | : |

## CONSENT MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this consent motion to continue the preliminary hearing scheduled for January 11, 2023, to a date the week of February 13, 2023, or another date 30-45 days from the present that works for the Court.

The government has negotiated a protective order with the defense governing discovery and received permission from the Chief Judge from Superior Court of the District of Columbia to provide discoverable information covered by Superior Court's Criminal Rule 6(e). The government has begun providing initial discovery to the defense and will continue to do so on a rolling basis. Additionally, it is the government's intent to discuss a potential resolution to the case prior to a preliminary hearing.

The government has conferred with the defense, who consents to a continuance so that it can review discovery and consider a possible early resolution to the case. Additionally, both parties do not oppose the exclusion of time under the Speedy Trial Act until the new date. Such exclusion is in the interest of justice as the government provides and the defense reviews discovery and so the parties can explore a resolution to the matter.

Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

By:    /s/ *Joshua Gold*
        Joshua Gold
        Tx Bar No. 24103101
        Assistant United States Attorney
        Federal Major Crimes Section
        United States Attorney's Office for D.C.
        601 D Street NW, Fifth Floor
        Washington, D.C. 20530
        E-mail: Joshua.Gold@usdoj.gov
        Telephone: (202) 815-8965

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 22-MJ-253 |
| | : | |
| ALEXANDER HAMILTON, | : | |
| | : | |
| Defendant. | : | |

### [PROPOSED] ORDER

Now before the Court is the government's Unopposed Motion to Continue the preliminary hearing currently set for January 11, 2023. Upon consideration, the motion is hereby GRANTED. The preliminary hearing set for January 5, 2023, is VACATED. And a new preliminary hearing date is set for _____, 2023 at _____. With Defendant's consent, time is excluded under the Speedy Trial Act until _____, as the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE