UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 22-MJ-253 |
| | : | |
| ALEXANDER HAMILTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Now before the Court is the government's Unopposed Motion to Continue the preliminary hearing currently set for January 11, 2023. Upon consideration, the motion is hereby GRANTED. The preliminary hearing set for January 11, 2023, is VACATED. And a new preliminary hearing date is set for February 13, 2023, at 1:00 p.m. With Defendant's consent, time is excluded under the Speedy Trial Act until February 13, 2023, as the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

Digitally signed by G. Michael Harvey
Date: 2023.01.05 13:16:50 -05'00'

UNITED STATES MAGISTRATE JUDGE

3