# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | :  No. 22-MJ-253 |
| | : |
| **ALEXANDER HAMILTON,** | : |
| | : |
| **Defendant.** | : |

## JOINT MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for defendant Alexander Hamilton respectfully file this joint motion to continue the preliminary hearing scheduled for February 13, 2023, to a date 45 days from the present that works for the Court.

The government has provided initial discovery to the defense, and the parties have engaged in an attorney proffer, where the government walked the defense through the evidence in the case. The parties are working towards a resolution in advance of a preliminary hearing.

The parties consent to a continuance so that defense can continue to review discovery and the parties can work to reach an early resolution to the case. Additionally, both parties do not oppose the exclusion of time under the Speedy Trial Act until the new date. Such exclusion is in the interest of justice as the government provides and the defense reviews discovery and so the parties can explore a resolution to the matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Joshua Gold*
Joshua Gold
Tx Bar No. 24103101
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Joshua.Gold@usdoj.gov
Telephone: (202) 815-8965

s/ *Ned Smock*
Ned Smock
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Ned_Smock@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | No. 22-MJ-253 |
| : | |
| ALEXANDER HAMILTON, : | |
| : | |
| Defendant. : | |

# [PROPOSED] ORDER

Now before the Court is the Joint Motion to Continue the preliminary hearing currently set for February 13, 2023. Upon consideration, the motion is hereby GRANTED. The preliminary hearing set for February 13, 2023, is VACATED. And a new preliminary hearing date is set for _____, 2023 at _____. With Defendant's consent, time is excluded under the Speedy Trial Act until _____, as the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

Date: _____

UNITED STATES MAGISTRATE JUDGE

3