UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 22-MJ-253 |
| | : | |
| ALEXANDER HAMILTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled preliminary hearing on Monday, February 13, 2023, be continued for good cause to Thursday, March 30, 2023 at 2 pm; it is further

ORDERED that the time between Monday, February 13, 2023 and Thursday, March 30, 2023 shall be excluded from the calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue reviewing discovery and negotiating a potential pretrial resolution.

Date: February 8, 2023

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE