# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | No. 22-MJ-253 |
| | : | |
| **ALEXANDER HAMILTON,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO VACATE PRELIMINARY HEARING AND SET STATUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for defendant Alexander Hamilton respectfully file this joint motion to vacate the preliminary hearing scheduled for March 30, 2023, and to set a status hearing 45 days from the present that works for the Court.

On March 27, 2023, Mr. Hamilton indicated to government counsel that he wishes to waive his right to a preliminary hearing. He sent the government a completed preliminary hearing waiver, attached as Exhibit A. As indicated in prior filings, the government has provided initial discovery to the defense, and the parties have engaged in an attorney proffer, where the government walked the defense through the evidence in the case. The government has now made a formal plea offer to Mr. Hamilton, and the parties are in active negotiations to attempt to reach a resolution in advance of an indictment being returned.

The parties ask that the preliminary hearing be vacated and that a status hearing be set approximately 45 days from the present. At that hearing, Mr. Hamilton can make a knowing waiver of his right to a preliminary hearing on the record, if the parties have not already reached a disposition in this case. Additionally, both parties do not oppose the exclusion of time under the Speedy Trial Act until the new date. Such exclusion is in the interest of justice as the government

provides and the defense reviews discovery and so the parties can explore a resolution to the matter.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

By:   /s/ *Joshua Gold*
       Joshua Gold
       Tx Bar No. 24103101
       Assistant United States Attorney
       Federal Major Crimes Section
       United States Attorney's Office for D.C.
       601 D Street NW, Fifth Floor
       Washington, D.C. 20530
       E-mail: Joshua.Gold@usdoj.gov
       Telephone: (202) 815-8965

       s/ *Ned Smock*
       Ned Smock
       Assistant Federal Public Defender
       625 Indiana Avenue, N.W., Suite 550
       Washington, D.C. 20004
       (202) 208-7500
       Ned_Smock@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | No. 22-MJ-253 |
| : | |
| ALEXANDER HAMILTON, : | |
| : | |
| Defendant. : | |

### [PROPOSED] ORDER

Now before the Court is the Joint Motion to Vacate the preliminary hearing currently set for March 30, 2023 and set a status. Upon consideration, the motion is hereby GRANTED. The preliminary hearing set for March 30, 2023, is VACATED. And a new status hearing date is set for _____, 2023 at _____. With Defendant's consent, time is excluded under the Speedy Trial Act until _____, as the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

Date: _____

UNITED STATES MAGISTRATE JUDGE