## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ALEXANDER HAMILTON,**<br><br>Defendant. | Case No. 22-MJ-253 |

### ORDER

Upon consideration of the parties' Joint Motion to Vacate Preliminary Hearing and Set Status, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the preliminary hearing currently scheduled for March 30, 2023, at 2:00 p.m. is vacated; it is further

**ORDERED** that the parties shall appear for a status hearing before United States Magistrate Judge Zia M. Faruqui on Wednesday, May 17, 2023, at 1:00 PM; and it is further

**ORDERED** that the time between March 30, 2023, and May 17, 2023, be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by granting such continuance outweigh the interests of the public and the Defendant in a speedy trial, as the continuance will provide the parties additional time to produce and review discovery and will facilitate a potential pretrial resolution of this and related cases.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE