# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 22-mj-253 |
| | : | |
| v. | : | |
| | : | |
| ALEXANDER HAMILTON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to an Unopposed Motion to Continue Status Hearing, it is therefore:

ORDERED that the motion is GRANTED; it is further

ORDERED that the status hearing is continued until June 6, 2023, at 1 PM before United States Magistrate Judge Moxila A. Upadhyaya; it is further

ORDERED that the period of time between May 17, 2023, to June 6, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution in the case, and that delay is necessary for the parties to review discovery, negotiate, and reach an agreement.

SO ORDERED.

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge

May 16, 2023
Washington, D.C.